```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                  CASE NO. 07-61057-CIV-COHN/Snow
```

KIVUN MUTUAL FUNDS, LTD.,
Individually and on behalf of
all others similarly situated,

       Plaintiff,

v.

21st Century Holding Company,
et al.,

       Defendants.
_____/

## O R D E R

THIS CAUSE is before the Court on counsel Peter Binkow's Motion to Appear *Pro Hac Vice* (DE 4).  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the motion is GRANTED.  Peter Binkow, Esquire, is hereby permitted to enter a limited appearance for purposes of representing plaintiff **Kivun Mutual Funds Ltd**. in this cause; David George, Esquire, is designated as local counsel.

DONE AND ORDERED at Fort Lauderdale, Florida, this 29th day of August, 2007.

                                              LURANA S. SNOW
                                              UNITED STATES MAGISTRATE JUDGE

Copies to:
David George, Esq. (P and Local Counsel for Binkow)
Peter Binkow, Esq. (P)

Ms. Catherine Wade (MIA)
   Executive Service Administrator