UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61057-Civ-COHN/SELTZER

IN RE 21ST CENTURY HOLDING )
COMPANY SECURITIES LITIGATION )
)
)
This Document Relates To: )
)
    ALL ACTIONS. )
)

## ORDER AWARDING CO-LEAD COUNSEL'S ATTORNEYS' FEES AND EXPENSES

This matter having come before the Court on January 29, 2010, on the application of counsel for the Lead Plaintiffs for an award of attorneys' fees and expenses incurred in the above-captioned action; the Court, having considered all papers filed and proceedings conducted herein, having found the settlement of this action to be fair, reasonable, and adequate and otherwise being fully informed in the premises and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. All of the capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement dated as of September 4, 2009 (the "Stipulation"), and filed with the Court.

2. This Court has jurisdiction over the subject matter of this application and all matters relating thereto, including all Members of the Class who have not timely and validly requested exclusion.

3. The Court hereby awards Co-Lead Counsel attorneys' fees of 25% of the Settlement Fund, plus reimbursement of expenses in the amount of $75,000 together with the interest earned thereon for the same time period and at the same rate as that earned on the Settlement Fund until paid. The Court finds that the amount of fees awarded is fair and reasonable given the substantial

risks of non-recovery, the time and effort involved, the complexity of the case, the contingent nature of the fee, the result obtained for the Class, and awards in similar cases. *See Camden I Condo. Ass'n v. Dunkle*, 946 F.2d 768 (11th Cir. 1991).

4. The fees awarded shall be allocated among Co-Lead Counsel in a manner that reflects each such counsel's contribution to the institution, prosecution, and resolution of the captioned action.

5. The awarded attorneys' fees and expenses and interest earned thereon shall be paid to Co-Lead Counsel subject to the terms, conditions, and obligations of the Stipulation, and in particular ¶9.2 thereof, which terms, conditions, and obligations are incorporated herein.

IT IS SO ORDERED.

DATED: 1/29/10

JAMES I. COHN
UNITED STATES DISTRICT JUDGE